# Order

Michigan Supreme Court
Lansing, Michigan

July 6, 2021

162344

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BRYAN ANGELO THOMPSON,
      Defendant-Appellant.

SC: 162344
COA: 349026
Oakland CC: 2018-267265-FH

_____/

      On order of the Court, the application for leave to appeal the October 15, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 6, 2021

b0628

Clerk